# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-771
_____

WILLIAM EDWARD PERRY JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Gary L. Bergosh, Judge.

July 15, 2019

PER CURIAM.

We affirm Appellant's judgment and sentence, and remand solely for the court to enter a written adjudication nunc pro tunc of its competency determination. *See Merriell v. State*, 169 So. 3d 1287, 1289 (Fla. 1st DCA 2015) (remanding for entry of nunc pro tunc written order). We find no error as to Appellant's other points raised on appeal.

AFFIRMED in part, REVERSED in part, and REMANDED with instructions.

LEWIS, ROWE, and MAKAR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andy Thomas, Public Defender, and David Alan Henson, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Kaitlin Weiss, Assistant Attorney General, Tallahassee, for Appellee.